DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MIHAI ARNAUTA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-3624

[August 22, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Dina A. Keever and John S. Kastrenakes, Judges; L.T. Case No. 502010CF007728A.

Mihai Arnauta, Florida City, pro se.

Ashley Moody, Attorney General, Tallahassee, and Georgina Orosa-Jimenez, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GERBER and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***